IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 14 A 9:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Quentin Wagner #80358 And All other similarly
_____
Full name and prison number
of plaintiff(s)

v.

Sheriff D. T. Marshall
Alabama State Legislature A-Z
Governor Bob Riley
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06 CV 730-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) ___Inapplicable___

            Defendant(s) ___Inapplicable___

        2.  Court (if federal court, name the district; if
            state court, name the county) ___None___

3. Docket number _____ None_____

4. Name of judge to whom case was assigned __None__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __None__

6. Approximate date of filing lawsuit __None__

7. Approximate date of disposition __None__

II. PLACE OF PRESENT CONFINEMENT __Montgomery County Detention Center__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Within the State of Alabama__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Sheriff D.T. Marshall - 112 Washington Ave. Montgo. AL. 36104,
2. Alabama State Legislature A-Z - Alabama State House - 101 South
3. Union Street, Montgomery, AL. 36130
4. Governor Bob Riley - 1142 South Perry Street, Montgomery AL
5. 36104
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __June 8th, 2006__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

That the "Community Notification Act-School" be declared unconstitutional and that a provision be Added to the new Act or old Act that set out how Wagner is to be Notified how to register uphold sentencing.

_x Quentin Wagner_
**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on _____.
                      (Date)

_x Quentin Wagner_
**Signature of plaintiff(s)**