IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 AUG 14  A 9:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Quentin Wagnor #80358 )
_____ )
_____ )
_____ )
         Plaintiff(s)       )
                            )   2:06CV730-MHT
       v.                   )
                            )
Sheriff D.T. Marshall       )
Alabama State Legislature A-Z )
Governor Bob Riley          )
_____ )
         Defendant(s)       )

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) __Quentin Wagnor #80358_____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Quentin Wagne_
Plaintiff(s) signature

```
RESIDENT HISTORY REPORT
                                                                  Page 1 of 1
Montgomery County Jail
08/10/06  08:44
ST 002 / OPR YR

Booking Number    : 80358
Resident Name     : WAGNER, QUENTIN TERRELL
Time Frame        : 06/08/2006 17:58 - 08/10/2006 08:44
--------------------------------------------------------------------------------
Date         Time    Type            ST   OPR   Receipt #       Amount    Balance
--------------------------------------------------------------------------------
06/08/2006   17:58   Reopen          4    EM    D3010            0.00       0.00
07/20/2006   08:09   Order           2    JD    B68226           0.00       0.00
```