IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| QUENTIN WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv730-MHT |
| | ) | (WO) |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendations of the Magistrate Judge filed herein on August 23, 2006 (Doc. Nos. 4 & 5), said Recommendations are hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the motion for class certification is DENIED and this case is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE, this the 25th day of September, 2006.

　　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE